```
JODI LINKER
Federal Public Defender
Northern District of California
JAMIE HALPER
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:      Jamie_Halper@fd.org

Counsel for Defendant MASON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR ANTHONY MASON, JR.,<br><br>Defendant. | Case No.: CR 25–70736 MAG<br><br>STIPULATION AND [P~~ROPOSE~~D] ORDER CONTINUING THE DETENTION HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>**Court:** Courtroom E, 15th Floor<br><br>**Current Hearing:** June 26, 2025<br><br>**Proposed Continuance:** June 27, 2025 |

This case is currently set for a detention hearing on June 26, 2025. The parties respectfully request that the detention hearing be continued to June 27, 2025.

It is hereby also stipulated by and between counsel for Mr. Mason and counsel for the United States that time be excluded under the Speedy Trial Act from June 26, 2025, through June 27, 2025, for effective preparation of counsel. Specifically, the defense is reviewing discovery and coordinating the appearance of proposed sureties, who are available to attend court on June 27, 2025. Defense

1  counsel needs time to review discovery and arrange for the appearance of proposed sureties. For
2  these reasons, the parties stipulate and agree that excluding time from June 26, 2025, through June
3  27, 2025, will allow for the effective preparation of counsel, taking into account the exercise of due
4  diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of
5  justice served by excluding the time from June 26, 2025, through June 27, 2025, from computation
6  under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy
7  trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Additionally, for the reasons state above, the parties also
8  request extending the time period for a preliminary hearing under Federal Rule of Criminal Procedure
9  5.1.

10      The undersigned Assistant Federal Public Defender certifies that she has obtained approval
11  from counsel for the United States to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated:  June 25, 2025

JODI LINKER
Federal Public Defender
Northern District of California

        /S
JAMIE HALPER
Assistant Federal Public Defender

Dated:  June 25, 2025

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

        /S
SARA HENDERSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR ANTHONY MASON, JR.,<br><br>Defendant. | **Case No.:** CR 25–70736 MAG<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>**Court:**  Courtroom E, 15th Floor |

Based upon the facts set forth in the parties' stipulation, the Court finds there is good cause to continue the June 26, 2025 detention hearing to June 27, 2025. Based on the parties' stipulation, the Court also finds that failing to exclude the time from June 26, 2025 through June 27, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by excluding the time from June 26, 2025, through June 27, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Finally, the Court finds that there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.

IT IS SO ORDERED.

Dated:   June 25, 2025

THOMAS S. HIXSON
United States Magistrate Judge